**Dismissed and Memorandum Opinion filed August 28, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00372-CV

## MATTHEW VERE, Appellant

## V.

## AFFORDABLE POWER L.L.P., Appellee

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 956968**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 2, 2011. The clerk's record was filed August 11, 2011. The reporter's record was filed July 8, 2011. No brief was filed.

On December 14, 2011, the court was informed a settlement had been reached and as part of the settlement appellant would dismiss his appeal. The appeal was abated on January 5, 2012. On May 18, 2012, the parties were notified no motion to dismiss had been filed and the appeal would be reinstated on this court's active docket in ten days.

No response was filed.  On July 26, 2012, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before, August 27, 2012, the court would dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.